CHARLES H. NEILL et al., *v.* JACOB VAN WAGENEN, Respondent.

CHARLES H. NEILL *v.* JACOB VAN WAGENEN, Respondent, SAMUEL H. RANDALL, Appellant. JACOB VAN WAGENEN Respondent.

(Argued December 13, 1887; decided January 17, 1888)

*Samuel H. Randall*, appellant, in person.

*Charles M. Marsh* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* JOHN P. ALLEN, Respondent.

(Argued December 15, 1887; decided January 17, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made on the first Tuesday of June, 1887, which affirmed a judgment of the Superior Court of the city of Buffalo, entered upon an order sustaining a demurrer to the indictment herein.

*William L. Marcy* for appellant.

*Tracy C. Becker* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.